Anne Sullivan Magnelli – ISB No. 9452
Zachary H. Jones – ISB No. 10383
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone: (208) 344-5800
Facsimile: (208) 344-5510
E-Mail: amagnelli@ajhlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AARON AND AMY HUMMEL, individually, and as natural legal guardians for the Minor Child Plaintiff, CH,<br><br>Plaintiffs,<br><br>vs.<br><br>BOISE SCHOOL DISTRICT; FAIRMONT JUNIOR HIGH, and CHRISTOPHER RYAN and DOES I-X, individuals and/or entities of unknown origin,<br><br>Defendants. | Case No. 1:23-CV-437-BLW<br><br>**DECLARATION OF ANNE SULLIVAN MAGNELLI IN SUPPORT OF DEFENDANTS' MOTION TO CONSOLIDATE** |

I, **ANNE SULLIVAN MAGNELLI**, declare and state as follows:

1. I am an attorney duly licensed to practice law within the state of Idaho and am a member of the law firm of Anderson, Julian & Hull, attorneys for Defendants Boise School District, Fairmont Junior High, and Chris Ryan in the above-entitled action, and make this Declaration based upon my personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of the *Complaint and Demand for Jury Trial* filed in *Michael J. Champine v. Chris Ryan*, Docket No. 1:23-CV-00338-

**DECLARATION OF ANNE SULLIVAN MAGNELLI IN SUPPORT OF DEFENDANTS' MOTION TO CONSOLIDATE - 1**

DCN, United States District Court for the District of Idaho.

3. Attached hereto as Exhibit B is a true and correct copy of the *Complaint* filed in *Meg Champine v. Boise School District*, Docket No. 1:23-CV-00436-BLW, United States District Court for the District of Idaho.

4. Attached hereto as Exhibit C is a true and correct copy of the *Complaint* filed in *Aaron & Amy Hummel v. Boise School District*, Docket No. 1:23-CV-00437-BLW, United States District Court for the District of Idaho.

5. Attached hereto as Exhibit D is a true and correct copy of the *Scheduling Order* filed in *Michael J. Champine v. Chris Ryan*, Docket No. 1:23-CV-00338-DCN, United States District Court for the District of Idaho.

6. Attached hereto as Exhibit E is a true and correct copy of the *Scheduling Order* filed in *Meg Champine v. Boise School District*, Docket No. 1:23-CV-00436-BLW, United States District Court for the District of Idaho.

7. Attached hereto as Exhibit F is a true and correct copy of the *Scheduling Order* filed in *Aaron & Amy Hummel v. Boise School District*, Docket No. 1:23-CV-00437-BLW, United States District Court for the District of Idaho.

I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

DATED this 25th day of June, 2024.

ANDERSON, JULIAN & HULL LLP

By: _____
Anne Sullivan Magnelli, Of the Firm
Attorneys for Defendants

**DECLARATION OF ANNE SULLIVAN MAGNELLI IN SUPPORT OF DEFENDANTS' MOTION TO CONSOLIDATE - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  25th  day of June, 2024, I served a true and correct copy of the foregoing **DECLARATION OF ANNE SULLIVAN MAGNELLI IN SUPPORT OF DEFENDANTS' MOTION TO CONSOLIDATE** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| | | |
|---|---|---|
| Eric S. Rossman<br>ROSSMAN LAW GROUP<br>350 N. 9th St., Ste. 500<br>Boise, Idaho 83702<br>T: (208) 331-2030<br>E: erossman@rossmanlaw.com<br><br>*Attorneys for Plaintiffs* | [ ]<br>[ ]<br>[ ]<br>[ ]<br>[ ]<br>[X] | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>Facsimile<br>E-mail<br>ECF |
| Andrea J. Rosholt<br>ROSHOLT LAW, PLLC<br>210 Murray St., Suite B<br>Garden City, Idaho 83714<br>T: (208) 901-5198<br>E: andrea@roshltlaw.com<br><br>*Attorneys for Plaintiffs* | [ ]<br>[ ]<br>[ ]<br>[ ]<br>[ ]<br>[X] | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>Facsimile<br>E-mail<br>ECF |

_____
Anne S. Magnelli

**DECLARATION OF ANNE SULLIVAN MAGNELLI IN SUPPORT OF DEFENDANTS' MOTION TO CONSOLIDATE - 3**