# EXHIBIT A

Raymond D. Powers, ISB #2737
Portia L. Rauer, ISB #7233
POWERS FARLEY, P.C.
702 West Idaho Street, Suite 700
Boise, ID 83702
Telephone: (208) 577-5100
E-mails:  contact@powersfarley.com
        rdp@powersfarley.com
        plr@powersfarley.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL J. CHAMPINE, individually and on behalf of his minor ███████ ███ ., | Case No. _____ |
| Plaintiff, | COMPLAINT AND DEMAND FOR JURY TRIAL |
| vs. | |
| CHRIS RYAN, an individual; BOISE SCHOOL DISTRICT; and DOES I-X, individuals and/or entities of unknown origin, | |
| Defendants. | |



COMPLAINT AND DEMAND FOR JURY TRIAL - 1





















COMPLAINT AND DEMAND FOR JURY TRIAL - 14



































