Anne S. Magnelli ISB # 9452
Zachary H. Jones, ISB # 10383
ANDERSON, JULIAN & HULL, LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:   (208) 344-5800
Facsimile:    (208) 344-5510
E-Mail:         amagnelli@ajhlaw.com
                    zjones@ajhlaw.com
                    service@ajhlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AARON AND AMY HUMMEL, individually, and as natural legal guardians for the Minor Child Plaintiff, CH,<br><br>         Plaintiffs,<br><br>vs.<br><br>BOISE SCHOOL DISTRICT; FAIRMONT JUNIOR HIGH, and CHRISTOPHER RYAN and DOES I-X, individuals and/or entities of unknown origin,<br><br>         Defendants. | Case No. 1:23-CV-437-DCN<br><br>**REPLY IN SUPPORT OF DEFENDANTS' MOTION TO CONSOLIDATE**<br><br>ORAL ARGUMENT REQUESTED |

COME NOW the above-entitled Defendants, BOISE SCHOOL DISTRICT, FAIRMONT JUNIOR HIGH, and CHRIS RYAN, by and through by and through their counsel of record, Anderson, Julian and Hull, LLP and hereby submit this Reply in Support of Defendants' Motion to Consolidate:

### I.     REPLY

Defendants moved to consolidate the case brought by Plaintiffs Aaron and Amy Hummel

with the two cases brought by Plaintiff Michael Champine and Plaintiff Meg Champine for purposes of discovery only. In their response, the Hummels indicate they are not opposed "in principle" with the proposed consolidation and raise what could be termed housekeeping matters. As discussed below, Defendants are willing to work with the Hummels on these matters.

The Hummels raise the legitimate concern that they are effectively in the dark as to the status of discovery in Michael's case, meaning that they are unable to assess whether their discovery rights might be prejudiced in some way. As for their first concern, no depositions have been taken in Michael's case, which should allay the Hummels' concern on this point. Regarding their second concern, Defendants concur with the Hummels' proposal that the Court adopt the deadline to complete discovery that is currently in place for their case (December 31, 2024), which is the same deadline currently in place for Meg's case.

The Hummels also raise a concern about sharing sensitive information about themselves and their daughter with Michael and Meg. Defendants are not opposed in principle to some sort of protective order that will prevent certain Plaintiffs from receiving sensitive information regarding other Plaintiffs, so long as the protective order does not prevent Defendants from being able to review all the discovery produced by all the Plaintiffs (i.e. the "attorney-eyes only" designation would not apply to Defendants but only to Plaintiffs). Defendants are also not opposed to allowing documents already produced to be re-designated once a protective order is in place. However, the specific terms of such a protective order may prove to be difficult to draft, given that the Hummels' Complaint appears to rely on facts regarding Michael's and Meg's cases, meaning that the Hummels might contend they are entitled to certain facts regarding the Champines. In addition, Defendants anticipate that Michael will want to provide input on the scope and terms of such a protective order, given that he would be affected by it. As

such, Defendants propose that, along with ordering consolidation, the Court either order a protective order such as that proposed by the Hummels, and/or order the parties to meet and confer regarding the terms of a protective order along the lines that the Hummels have proposed.[1]

## II.     CONCLUSION

Given that the Hummels have not objected in principle to consolidation, Defendants respectfully ask the Court to grant their Motion to Consolidate.

DATED this 30th day of July, 2024.

                          ANDERSON, JULIAN & HULL LLP


                          By:  */s/ Anne S. Magnelli*
                               Anne Sullivan Magnelli, Of the Firm
                               Zachary H. Jones, Of the Firm
                               Attorneys for Defendants

---

[1] A protective order is in place in this matter and in the Meg Champine matter, but could be amended. Michael has opposed the Defendants' Motion for Protective Order in his action, and no protective order is in place in the Michael Champine action at present.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July, 2024, I served a true and correct copy of the foregoing **REPLY IN SUPPORT OF DEFENDANTS' MOTION TO CONSOLIDATE** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| | | |
|---|---|---|
| Eric S. Rossman | | |
| ROSSMAN LAW GROUP | [ ] | U.S. Mail, postage prepaid |
| 350 N. 9th St., Ste. 500 | [ ] | Hand-Delivered |
| Boise, Idaho 83702 | [ ] | Overnight Mail |
| T: (208) 331-2030 | [ ] | Facsimile |
| E: erossman@rossmanlaw.com | [ ] | E-mail |
| | [X] | ECF |

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| Andrea J. Rosholt | [ ] | U.S. Mail, postage prepaid |
| ROSHOLT LAW, PLLC | [ ] | Hand-Delivered |
| 210 Murray St., Suite B | [ ] | Overnight Mail |
| Garden City, Idaho 83714 | [ ] | Facsimile |
| T: (208) 901-5198 | [ ] | E-mail |
| E: andrea@roshltlaw.com | [X] | ECF |

*Attorneys for Plaintiffs*

                                                                                                  */s/ Anne S. Magnelli*
                                                                                                  Anne S. Magnelli

**REPLY IN SUPPORT OF DEFENDANTS' MOTION TO CONSOLIDATE - 4**